United States Court of Appeals
for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 21, 2026
Lyle W. Cayce
Clerk

No. 25-11328

FIREARMS POLICY COALITION, INCORPORATED; SECOND AMENDMENT FOUNDATION; GAVIN PATE; GEORGE MANDRY,

*Plaintiffs—Appellees,*

versus

PAMELA BONDI, *U.S. Attorney General*,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CV-565

_____

ORDER:

IT IS ORDERED that Appellant's motion to stay this appeal pending the Supreme Court's decisions in *Wolford v. Lopez*, No. 24-1046, and *United States v. Hemani*, No. 24-1234 is DENIED.

/s/ Jennifer W. Elrod
JENNIFER WALKER ELROD
*Chief Judge*