# United States Court of Appeals

**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

January 21, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-11328   Firearms Plcy Coaltn v. Bondi
                  USDC No. 4:24-CV-565

Enclosed is an order entered in this case.


Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Jasmine J. Forman, Deputy Clerk

Mr. William V. Bergstrom
Mr. Richard Brent Cooper
Mr. Samuel S. Holt
Ms. Karen S. Mitchell
Mr. Peter A. Patterson
Mr. Michael S. Raab
Mr. Kevin Benjamin Soter
Mr. David H. Thompson