# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

April 08, 2026

Mr. William V. Bergstrom
Cooper & Kirk, P.L.L.C.
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

Mr. Richard Brent Cooper
Cooper & Scully, P.C.
900 Jackson Street
Suite 100
Dallas, TX 75202

Mr. Samuel S. Holt
U.S. Department of Justice - Civil Division
Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005

Mr. Peter A. Patterson
Cooper & Kirk, P.L.L.C.
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

Mr. Michael S. Raab
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Kevin Benjamin Soter
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. David H. Thompson
Cooper & Kirk, P.L.L.C.
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

        No. 25-11328   Firearms Plcy Coaltn v. Blanche

USDC No. 4:24-CV-565

Dear Mr. Bergstrom, Mr. Cooper, Mr. Holt, Mr. Patterson, Mr. Raab, Mr. Soter, Mr. Thompson,

Attached is a revised case caption, which should be used on all future filings in this case.


Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Casey A. Sullivan, Deputy Clerk
504-310-7642

_____

Case No. 25-11328

_____

Firearms Policy Coalition, Incorporated; Second Amendment Foundation; Gavin Pate; George Mandry,

    Plaintiffs - Appellees

v.

Todd Wallace Blanche, Acting U.S. Attorney General,

    Defendant - Appellant