

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530

May 11, 2026

**Via CM/ECF**

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

     Re:   *Firearms Policy Coalition, Inc. v. Blanche*, No. 25-11328

Dear Mr. Cayce:

The government respectfully requests a 30-day extension, from June 2 to July 2, of the deadline for its opening brief in this case. An extension is chiefly warranted because of the press of other business. Among other obligations including internal matters that I am unable to disclose the details of, I was responsible for presenting oral argument on April 28 in *NicQuid, LLC v. FDA*, No. 24-60272 (5th Cir.), and six consolidated cases; I have primary responsibility for preparing a response brief currently due June 3 in *Atkinson v. Blanche*, No. 26-1356 (7th Cir.); and I will be out of the country on previously scheduled leave from June 4 through June 19.

Plaintiffs-appellees consent to this request.

     Sincerely,

     */s/ Kevin B. Soter*
     Kevin B. Soter

cc:    All counsel (via CM/ECF)