**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| FIREARMS POLICY COALITION, INC., *et al.*,<br><br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE,[1] in his official capacity as Acting Attorney General of the United States,<br><br><br>Defendant. | Case No. 4:24-cv-565-O |

<u>**NOTICE OF APPEAL**</u>

To preserve appellate rights, please take notice that in the above-named case Defendant Todd Blanche, in his official capacity as Acting Attorney General of the United States, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Court's March 17, 2026 Order (ECF 50) in addition to the Court's September 30, 2025 Memorandum Opinion and Order (ECF 35) and Final Judgment (ECF 36).

Dated: May 15, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director
Federal Programs Branch

---

[1] Under Federal Rule of Civil Procedure 25(d), Todd Blanche, current Acting Attorney General, is automatically substituted as the Defendant.

2

/s/ Samuel S. Holt
SAMUEL S. HOLT (CO Bar # 59613)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 674-9761
Fax: (202) 616-8460
Email: Samuel.Holt2@usdoj.gov

*Counsel for Defendant*

2