# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

FIREARMS POLICY COALITION, INC., *et al.*

      *Plaintiffs-Appellees,*

      *v.*

TODD WALLACE BLANCHE, in his official capacity as Acting Attorney General of the United States,

      *Defendant-Appellant.*

No. 25-11328

## UNOPPOSED MOTION FOR 14-DAY EXTENSION OF TIME TO FILE OPENING BRIEF

The government respectfully requests a 14-day extension of time, to and including July 16, 2026, to the deadline for the opening brief in this appeal. Plaintiffs do not oppose this motion.  In support of this motion, the government states the following:

1. In this case, plaintiffs assert Second Amendment challenges to 18 U.S.C. § 930(a) and 39 C.F.R. § 232.1(*l*), which bar individuals from possessing firearms in United States Post Offices.  The district court granted plaintiffs' motion for summary judgment and entered final judgment in their favor.  To preserve its appellate rights, the government appealed to this Court.

2. The government's opening brief is currently due July 2, 2026, after one 30-day extension.

3. Yesterday, a week before the current opening brief deadline, the Supreme Court issued a Second Amendment decision in *Wolford v. Lopez*, No. 24-1046. The Court held that the Second Amendment does not allow a State to make it unlawful for concealed-carry license-holders to carry firearms on private property open to the public without the property owner's express authorization. The government is currently evaluating how *Wolford* impacts the issues presented in this case. A 14-day extension of time would ensure sufficient time for counsel to coordinate with interested agencies and components of the federal government in assessing the impact of that new Supreme Court decision.

4. Plaintiffs' counsel have informed the undersigned that this request is unopposed.

Respectfully submitted,

BRETT A. SHUMATE
  *Assistant Attorney General*

BRAD HINSHELWOOD
 */s/ Kevin B. Soter*

KEVIN B. SOTER
*Attorneys*
*Civil Division, Appellate Staff*
*U.S. Department of Justice*
*950 Pennsylvania Ave., N.W.*
*Washington, D.C. 20530*
*(202) 305-1754*

JUNE 2026

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2026, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ Kevin B. Soter*
Kevin B. Soter

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Calisto MT 14-point, a proportionally spaced font with serifs, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 241 words, according to the word count of Microsoft Word.

*/s/ Kevin B. Soter*
Kevin B. Soter