# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 01, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 25-11328    Firearms Plcy Coaltn v. Blanche
USDC No. 4:24-CV-565

The court has granted an extension of time to and including July 16, 2026 for filing appellant's/petitioner's brief in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca L. Jeanfreau, Deputy Clerk
504-310-7645

Mr. William V. Bergstrom
Mr. Richard Brent Cooper
Mr. Samuel S. Holt
Mr. Peter A. Patterson
Mr. Michael S. Raab
Mr. Kevin Benjamin Soter
Mr. David H. Thompson