**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

| | |
|---|---|
| FIREARMS POLICY COALITION, INC., *et al.* | |
| *Plaintiffs-Appellees,* | |
| *v.* | No. 25-11328 |
| TODD WALLACE BLANCHE, in his official capacity as Acting Attorney General of the United States, | |
| *Defendant-Appellant.* | |

## UNOPPOSED MOTION TO VOLUNTARILY DISMISS APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b), defendant-appellant hereby moves to voluntarily dismiss this appeal, with each party to bear its own costs.  Counsel for plaintiffs-appellees indicated that plaintiffs-appellees do not oppose this motion.

Respectfully submitted,

BRETT A. SHUMATE
  *Assistant Attorney General*

BRAD HINSHELWOOD
 */s/ Kevin B. Soter*

KEVIN B. SOTER
*Attorneys*
*Civil Division, Appellate Staff*
*U.S. Department of Justice*
*950 Pennsylvania Ave., N.W.*
*Washington, D.C. 20530*
*(202) 305-1754*

JULY 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2026, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ Kevin B. Soter*
Kevin B. Soter


**CERTIFICATE OF COMPLIANCE**

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Calisto MT 14-point, a proportionally spaced font with serifs, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 41 words, according to the word count of Microsoft Word.

*/s/ Kevin B. Soter*
Kevin B. Soter